UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. WOOLENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 7:23-CV-125-D-RJ** |
| | ) | |
| CHARLENE DENISE RUCKLE, | ) | |
| WANDA MOORE, and JILL SWITZER, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 6], GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 2], and DISMISSES WTIHOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction and, alternatively, for failure to state a claim upon which relief can be granted [D.E. 1].

**This Judgment Filed and Entered on April 14, 2023, and Copies To:**

William D. Woolens     (via CM/ECF electronic notification)


DATE: April 14, 2023                                    PETER A. MOORE, JR., CLERK

                                                        (By)  /s/ Stephanie Mann
                                                         Deputy Clerk